**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

URBAN CART INC., et ano,

                    Plaintiffs,

    -against-

AUDREY BRETILLOT, et al,

                   Defendants.
-----------------------------------------------------------------x

AUDREY BRETILLOT,

                  Plaintiff,

     -against-

CLIVE BURROW, et al,

               Defendants.
-----------------------------------------------------------------x

Civil Action File No.
14-cv-07599 (JGK)(MHD)

Civil Action File No.
14-cv-7633 (JGK)(MHD)

**NOTICE OF MOTION TO**
**DISMISS BRETILLOT'S**
**SECOND AMENDED**
**COMPLAINT**

      **PLEASE TAKE NOTICE** that upon the annexed declaration Ray Beckerman

dated April *13*, 2015, and the exhibits annexed thereto, and upon all prior papers and

proceedings herein, the undersigned hereby moves before the Honorable John G. Koeltl, United

States District Judge, in Courtroom 12B of the United States District Court for the Southern

District of New York, 500 Pearl Street, New York, New York, for an Order pursuant to Fed. R.

Civ. P. 12(b)(6) dismissing the Second Amended Complaint of Audrey Bretillot in 14-cv-7633,

for failure to state a claim, and for such other and further relief as to the Court seems proper.

-1-

Dated: Forest Hills, New York
      April *13* , 2015

**RAY BECKERMAN, P.C.**

By: _____

Ray Beckerman
Attorneys for Clive Burrow
and Urban Cart Inc.
108-18 Queens Blvd. 4th Fl.
Forest Hills, NY 11375
(718) 544-3434
ray@beckermanlegal.com

-2-